FILED
DEC 1 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE  February 19, 2009  TERM, 09-1 | MINUTES OF COURT DATE: December 1, 2010 @ 4:36 PM- 4:40 PM |

PRESENT: The Honorable   Lawrence R. Leavitt  , U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng        REPORTER:  Ron Anderson

DEPARTMENT OF JUSTICE   Michael Chu

A roll call of the Grand Jury is taken with   21   members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is   2   SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| 2:10-CR-575 | **RUBEN PEREZ-CRUZ** | CUSTODY |
| | **FREDERICO MORAN** | |
| | **EDUARDO MORAN** | |
| | **(LOCAL FEDERAL CUSTODY)** | |
| 2:10-CR-576 | **SEALED (1 DEFENDANT)** | WARRANT |
| | **(STATE CUSTODY- CCDC- WRIT FILED)** | |
| 2:10-CR-577 | **TERRELL LAMAR MCBRIDE** | CUSTODY |
| | **(LOCAL FEDERAL CUSTODY)** | |
| 2:10-CR-578 | **LINDA LIVOLSI** | WARRANT |
| 2:10-CR-579 | **CORNELIU WEIKUM** | CUSTODY |
| | **YULIA MISHINA-HEFFRON** | CUSTODY |
| | **(LOCAL FEDERAL CUSTODY)** | |

| | | |
|---|---|---|
| 2:10-CR-580 | SEALED (1 DEFENDANT) | WARRANT |
| 2:09-CR-262-JCM-RJJ<br>FOURTH SUPERSEDING | JUAN RODRIGUEZ<br>(LOCAL FEDERAL CUSTODY)<br>(TRIAL DATE: 12/6/10) | CUSTODY |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:09-CR-262-JCM-RJJ** will be held on **FRIDAY, DECEMBER 3, 2010 @ 3:00pm** before **MAGISTRATE JUDGE LAWRENCE R. LEAVITT in courtroom 3C**.

**IT IS ORDERED** that the Arraignment & Plea as to: **2:10-CR-575, 2:10-CR-577, 2:10-CR-579** will be held on **FRIDAY, DECEMBER 10, 2010 @ 8:30am** before **MAGISTRATE JUDGE LAWRENCE R. LEAVITT in courtroom 3C**.

**IT IS ORDERED** that the Initial Appearnace/Arraignment & Plea as to: **2:10-CR-576** will be held on **FRIDAY, DECEMBER 15, 2010 @ 3:00pm** before **MAGISTRATE JUDGE GEORGE W. FOLEY, JR. in courtroom 3A**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case(s) will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/s/ Araceli Bareng
Deputy Clerk