UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2: 10-cr-0578-PMP-RJJ |
|---|---|
| Plaintiff, vs. | ORDER TO CONTINUE TRIAL AND FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| LINDA LIVOLSI, aka Linda Grogg, Defendant. | |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The Parties need additional time to prepare for trial in the case, including conducting legal research. The Parties also need additional time to continue exploring full resolution of the matter without going to trial.

2. The Defendant and the Government agree to the continuance.

3. This is the first request for a continuance of the trial date.

4. Defendant is not in custody and does not object to a continuance of the trial date.

5. Denial of this request for a continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## CONCLUSIONS OF LAW

1. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

2. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C.

§§3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

### ORDER

**IT IS THEREFORE ORDERED** that the calendar call presently scheduled for March 23, 2011 at 9:00 a.m. setting be vacated, continued and reset for June 23, 2011, at the hour of 9:00 a.m. in Courtroom 7C.

**IT IS FURTHER ORDERED** that the trial currently scheduled for March 29, 2011 at 9:00 a.m. is vacated, and that Defendant and counsel are advised that they must be present for trial on June 29, 2011, at the hour of 9:00 a.m., in Courtroom 7C.

DATED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Matthew T. Dushoff, Esq.
Nevada Bar No. 004975
Michael D. Davidson, Esq.
Nevada Bar No. 000878
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   mdushoff@klnevada.com
          mdavidson@klnevada.com

*Attorneys for Defendant Linda Livolsi*