Matthew T. Dushoff, Esq.
Nevada Bar No. 004975
Michael D. Davidson, Esq.
Nevada Bar No. 000878
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  mdushoff@klnevada.com
         mdavidson@klnevada.com

*Attorneys for Defendant Linda Livolsi*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>LINDA LIVOLSI, aka Linda Grogg,<br><br>      Defendant. | 2: 10-cr-0578-PMP-RJJ |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO: ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that effective May 16, 2011, the law office of KOLESAR & LEATHAM has changed its address as follows:

KOLESAR AND LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

The telephone and facsimile numbers remain the same.

Please direct all correspondence, pleadings, notices of other memorandum to the above address.

DATED this 10 day of May, 2011.

KOLESAR & LEATHAM, CHTD.

By _____
Matthew T. Dushoff, Esq.
Michael D. Davidson, Esq.
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, Chtd., and that on the 12th day of May, 2011, I caused to be served a true and correct copy of foregoing **NOTICE OF CHANGE OF FIRM ADDRESS** pursuant to Local Rule 7-1.1 via USDC ECF MAIL, which was electronically e-filed and a copy of it was automatically emailed to all person(s) connected with the matter on the date above-written:

MICHAEL CHU, ESQ.
ASSISTANT U.S. ATTORNEY
333 Las Vegas Blvd., South
Suite 5000
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*United States of America*

_____
An Employee of Kolesar & Leatham, Chtd.