MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
MICHAEL D. DAVIDSON, ESQ.
Nevada Bar No. 000878
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   mdushoff@klnevada.com
          mdavidson@klnevada.com

Attorneys for Defendant,
Linda Livolsi

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LINDA LIVOLSI, aka Linda Grogg,<br><br>　　　　　　　　Defendant. | 2: 10-cr-0578-PMP-RJJ<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br><br>(Second Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Matthew T. Dushoff, Esq., of the law firm of Kolesar & Leatham, Chtd., counsel for Defendant LINDA LIVOLSI, and Michael Chu, Assistant United States Attorney, counsel for the United States of America, that trial and calendar call be vacated and continued to a date and time convenient to this Court, but not sooner than 45 days: (1) the calendar call presently scheduled for June 21, 2011 at 9:00 am; and (2) the trial currently scheduled for June 28, 2011 at 9:00 am. This stipulation is entered into for the following reasons:

960830(6926-3)

1. Counsel for Defendant needs additional time to adequately prepare for trial due to Defendant's constant medical treatments and depleted medical condition. The Parties also need additional time to continue exploring full resolution of the matter without going to trial.

2. The Defendant and the Government agree to the continuance.

3. Defendant is not in custody and does not object to a continuance of the trial date.

4. Denial of this request for a continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED this 14th day of June, 2011.

KOLESAR & LEATHAM, CHTD.

By: /s/
MATTHEW E. DUSHOFF, ESQ.
Nevada Bar No. 004975
MICHAEL D. DAVIDSON, ESQ.
Nevada State Bar No. 00878
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

*Attorneys for Defendant*
*Linda Livolsi*

**DANIEL BOGDEN**
**United States Attorney**

By: /s/
MICHAEL CHU, ESQ.
ASSISTANT U.S. ATTORNEY
333 Las Vegas Blvd., South
Suite 5000
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*United States of America*

KOLESAR & LEATHAM,
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

960830(6926-3)