# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> LINDA LIVOLSI, aka Linda Grogg, <br>     Defendant. | 2:10-cr-0578-PMP-RJJ <br><br> **ORDER TO CONTINUE and** <br> **FINDINGS OF FACT & CONCLUSIONS** <br> **OF LAW** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The Parties need additional time to prepare for trial in the case including conducting legal research. The Parties also need additional time to continue exploring full resolution of the matter without going to trial.

2. Counsel for the United States has a long planned holiday out of the country that coincides with the trial date.

3. The parties agree to the continuance.

4. This is the third request for a continuance of the trial date, albeit the first by the United States.

5. Defendant is not in custody and does not object to a continuance of the trial date.

6. Denial of this request for a continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time

- 3 -

1  within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**CONCLUSIONS OF LAW**

1. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

2. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

**IT IS THEREFORE ORDERED** that the calendar call presently scheduled for August 23, 2011, at 9:00 am setting be vacated, continued and reset for __October 12__, 2011, at the hour of __9:00 AM__ in Courtroom __7C__.

**IT IS FURTHER ORDERED** that the trial currently scheduled for August 30, 2011, at 9:00 a.m. is vacated, and that Defendant and counsel are advised that they must be present at calendar call on __October 18__, 2011, at the hour of __9:00__ a.m., in Courtroom __7C__

DATED this 16th day of __August__, 2011.

_____
UNITED STATES DISTRICT JUDGE

- 4 -