United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Linda Livolsi (aka Linda Grogg),<br><br>   Defendant. | Case No. 2:10-CR-578-PMP-RJJ<br><br>**Order to Show Cause** |

Upon review of the United States' Motion for Order to Show Cause,

IT IS HEREBY ORDERED that RGM Enterprises, LLC appear before this Court in the District of Nevada, in Courtroom No. __3D__ on the __30th__ day of __November__, 2011, at the time of __10:00 AM__, to show cause why it should not be held in civil contempt.

DATED: __17__ day of P qxgo dgt, 2011.

_____
UNITED STATES MAGISTRATE JUDGE