UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                Plaintiff, )
                          )
vs.                          )    CASE NO. 2:10-CR-00578-PMP-RJJ
                          )
                          )    DESIGNATION OF RETAINED COUNSEL
Linda Livolsi,            )                AND
                          )    APPEARANCE PRAECIPE
                          )
                          )
                Defendant. )

The undersigned defendant hereby appoints Patrick E. McDonald, ESQ. to appear generally for him as his attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED this ___7th___ day of __February__, 2012.

_____Linda G. Livolsi_____
               Defendant

P.O. Box 623
_____
               Address

Cleveland, OK.
_____

 74020         918-358-9944
_____     _____
 ZIP               Telephone

Rev 7/86

APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED this ___7th___ day of ___February___, 2012.

_____
Attorney at Law

___3526___
Nevada Bar Number

___601 South Seventh Street___
Address

___Las Vegas, Nevada___

___89101___    ___(702) 385-7227___
ZIP                  Telephone

Rev 7/86