**McDONALD ADRAS, LLC.**
PATRICK E. McDONALD, Esq.
601 South Seventh Street
Las Vegas, Nevada 89101
702-385-7227
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-578-PMP-RJJ |
| | ) | |
| v. | ) | **STIPULATION TO CONTINUE** |
| | ) | **TRIAL DATE** |
| LINDA LIVOLSI, | ) | **(Fifth Request)** |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between PATRICK E. McDONALD, ESQ., counsel for defendant Linda Livolsi, and MICHAEL CHU, Assistant United States Attorney, counsel for the United States of America, that trial and calendar call be vacated and continued to a date and time convenient to this Court, but not sooner than 90 days: (1) the calendar call presently scheduled for February 22, 2012, at 9:00 a.m; and (2) the trial currently scheduled for February 28, 2012, at 9:00 am. This stipulation is entered into for the following reasons:

1. That Counsel for Defendant was just retained and is awaiting discovery from prior counsel. Once received counsel will need additional time to review it to conduct legal research.

2. The Parties need additional time to prepare for trial in the case including conducting legal research. The Parties also need additional time to continue exploring full resolution of the matter without going to trial.

3. The Defendant and the Government agree to the continuance.

4. This is the 5th request for a continuance of the trial date but the 1st for newly appointed counsel.

5. Defendant is not in custody but does not object to a continuance of the trial date.

6. Denial of this request for a continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED February 10, 2012.

DANIEL BOGDEN
United States Attorney

_____          _____
PATRICK E. McDONALD, ESQ.             MICHAEL CHU
Counsel for Linda Livolsi             Assistant United States Attorney
                                      Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI,<br>　　　　Defendant. | 2:10-CR-578-PMP-RJJ<br><br>**ORDER TO CONTINUE and<br>FINDINGS OF FACT &<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. That Counsel for Defendant was just retained and is awaiting discovery from prior counsel. Once received counsel will need additional time to review it to conduct legal research.

2. The Parties need additional time to prepare for trial in the case including conducting legal research. The Parties also need additional time to continue exploring full resolution of the matter without going to trial.

3. The Defendant and the Government agree to the continuance.

4. This is the 5th request for a continuance of the trial date but the 1st for newly appointed counsel.

5. Defendant is not in custody but does not object to a continuance of the trial date.

6. Denial of this request for a continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## CONCLUSIONS OF LAW

1. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

2. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

**IT IS THEREFORE ORDERED** that the calendar call presently scheduled for February 22, 2012, at 9:00 a.m., setting be vacated, continued and reset for _____, 2012, at the hour of _____ in Courtroom _____.

**IT IS FURTHER ORDERED** that the trial currently scheduled for February 28, 2012, at 9:00 a.m. is vacated, and that Defendant and counsel are advised that they must be present at calendar call on _____, 2012, at the hour of _____a.m., in Courtroom___.

DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE