1  DANIEL BOGDEN
   UNITED STATES ATTORNEY
2  Michael Chu
   Assistant U.S. Attorney
3  333 Las Vegas Blvd. S., Ste 5000
   Las Vegas, NV 89101
4  Tel: 702-388-6336 / Fax: 702-388-5061
   Counsel for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,        ) | 2:10-cr-0578-PMP-RJJ |
| v.        )        )  | **STIPULATION TO CONTINUE**<br>**TRIAL DATE** |
| LINDA LIVOLSI, aka Linda Grogg,        )<br>            Defendant.        )<br>_____) | **(Sixth Request)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Patrick McDonald, Esq. counsel for defendant Linda Livolsi, and Michael Chu, Assistant United States Attorney, counsel for the United States of America, that the calendar call presently scheduled for July 18, 2012, at 9:00 am; and (2) the trial currently scheduled for July 24, 2012, at 9:00 am be continued to a time and date convenient to this Court. This stipulation is entered into for the following reasons:

1. The defendant has requested additional time, and has cited her medical condition and the treatments she receives as reasons to continue this trial.

2. Defendant needs additional time to prepare for trial in the case including conducting legal research.

3. The parties agree to the continuance.

4. This is the sixth request for a continuance of the trial date.

5. Defendant is not in custody and does not object to a continuance of the trial date.

6. Denial of this request for a continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED July 26, 2012.

|  |  |
|---|---|
|  | DANIEL BOGDEN<br>United States Attorney |
| /s/ | /s/ |
| PATRICK McDONALD, Esq.<br>Counsel for defendant Linda Livolsi | MICHAEL CHU<br>Assistant United States Attorney<br>Counsel for the United States |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI, aka Linda Grogg,<br>　　　　Defendant. | 2:10-cr-0578-PMP-RJJ<br><br>**ORDER TO CONTINUE and**<br>**FINDINGS OF FACT & CONCLUSIONS OF LAW** |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The defendant has requested additional time, and has cited her medical condition and the treatments she receives as reasons to continue this trial.

2. Defendant needs additional time to prepare for trial in the case including conducting legal research.

3. The parties agree to the continuance.

4. This is the sixth request for a continuance of the trial date.

5. Defendant is not in custody and does not object to a continuance of the trial date.

6. Denial of this request for a continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **CONCLUSIONS OF LAW**

1. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

2. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **ORDER**

**IT IS THEREFORE ORDERED** that the calendar call presently scheduled for July 23, 2012, at 9:00 am setting be vacated, continued and reset for _____, at the hour of _____ in Courtroom _____.

**IT IS FURTHER ORDERED** that the trial currently scheduled for July 24, 2012, at 9:00 a.m. is vacated, and that Defendant and counsel are advised that they must be present at calendar call on _____, at the hour of _____a.m., in Courtroom ____.

DATED this ____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

- 4 -