UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI,<br><br>        Defendant. | 2:10-CR-00578-PMP-RJJ<br><br><br><br>ORDER |

       IT IS ORDERED that Defendant Linda Livolsi shall file a response to Plaintiff United States of America's Motion to Order Defendant to Submit to an Independent Medical Examination (Doc. #70) on or before September 4, 2012.

       IT IS FURTHER ORDERED that Plaintiff United States of America shall file a reply on or before September 10, 2012.

DATED: August 28, 2012

                                        _____
                                        PHILIP M. PRO
                                        United States District Judge