FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

JAN - 7 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   J. GREGORY DAMM
3  Assistant United States Attorney
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
5  Facsimile: (702) 388-5087

6

7

8                  UNITED STATES DISTRICT COURT
9                       DISTRICT OF NEVADA
10                             -oOo-

11  UNITED STATES OF AMERICA,        )   SUPERSEDING
                                     )   CRIMINAL INDICTMENT
12          Plaintiff,               )
                                     )   2:10-CR-578-PMP-GWF
13      vs.                          )
                                     )
14                                   )   VIOLATIONS:
   LINDA LIVOLSI, aka               )
15  LINDA G. FINDLEY, aka           )   18 U.S.C. § 1349 - Conspiracy to Commit
16  LINDA GROGG, and                )   Wire Fraud
   WILLIAM LIVOLSI, JR.,            )
17                                   )   18 U.S.C. § 1343 – Wire Fraud
                                     )
18          Defendants.             )   26 U.S.C. § 7206(1) – False and Fraudulent
19                                   )   Tax Returns
                                     )
20                                   )   26 U.S.C. § 7203 – Failure to File Tax
21                                   )   Returns

22

23

24

25

26

                                   1

## Summary of Charges

| Defendant | Counts | Charge |
|---|---|---|
| LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG | 1 | 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud |
| | 2 | 18 U.S.C. § 1343 - Wire Fraud |
| | 3-6 | 26 U.S.C. § 7206(1) - False and Fraudulent Tax Returns |
| | 7-8 | 26 U.S.C. § 7203 - Failure to File Tax Returns |
| WILLIAM LIVOLSI, JR. | 1 | 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud |
| | 2 | 18 U.S.C. § 1343 - Wire Fraud |

THE GRAND JURY CHARGES THAT:

At all times relevant to the Indictment:

COUNT 1
Conspiracy to Commit Wire Fraud
(18 U.S.C. § 1349)

1.      From a date no later than in or about 2003, to in or about 2010, in the State and Federal District of Nevada and elsewhere,

**LINDA LIVOLSI, aka Linda G. Findley, aka Linda Grogg, and**

**WILLIAM LIVOLSI, JR.,**

defendants herein, did knowingly and willfully combine, conspire, and agree together and with others known and unknown to the grand jury to commit the crime of wire fraud, that is, the

1   defendants and others did devise, intend to devise, and participate in a scheme and artifice to

2   defraud and for obtaining money and property by means of materially false and fraudulent

3   pretenses, representations, and promises, and for the purpose of executing the scheme and

4   artifice did transmit and cause to be transmitted money by means of wire communications

5   in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

6                          The Objective of the Conspiracy

7        2.      The objective of the conspiracy was to obtain money and property by defrauding

8   victims by inducing them to believe that the defendants would invest the victims' money in a

9   hedge fund when in fact the defendants intended to use this money for their own personal use

10  and benefit.

11                       Manner and Means of the Conspiracy

12       3.      It was part of the conspiracy that the defendants solicited victims by fraudulently

13  representing that LINDA LIVOLSI would invest their money in a hedge fund she controlled.

14       4.      It was part of the conspiracy that defendants falsely and fraudulently induced

15  people to invest with them by representing that LINDA LIVOLSI was an investment advisor to a

16  hedge fund that would invest in publicly traded companies, and that her hedge fund had a track

17  record of outstanding returns, when the defendants then and there well knew that they would not

18  invest victims' money in a hedge fund.

19       5.      It was a further part of the conspiracy that the defendants provided victims

20  fraudulent documents that purported to support the existence and track record of defendants'

21  hedge fund when the defendants then and there well knew that they did not intend to invest

22  victims' money in a hedge fund.

23       6.      It was a further part of the conspiracy that defendants did not invest the investors'

24  money in a hedge fund.

25       7.      It was a further part of the conspiracy that the defendants used the money to pay

26  for personal purchases and expenses.

                                    3

1       8.    It was a further part of the conspiracy that defendants caused "account

2   statements" to be sent to victims to lull them and prevent them from questioning whether

3   their money had in fact been invested, where these statements falsely listed the investments

4   purchased by the hedge fund.

5       9.    It was a further part of the conspiracy that when victims tried to withdraw their

6   money from the "hedge fund," the defendants acted to delay and deceive the victims to keep

7   them from complaining to law enforcement.

8       All in violation of Title 18, United States Code, Section 1349.

9   **COUNT TWO**<br>Wire Fraud

10  (18 U.S.C. § 1343)

11      10.    The allegations set forth in Count One are re-alleged and incorporated as if

12  fully set forth herein.

13      11.    From in or about 2003, to in or about 2010, in the State and Federal District

14  of Nevada and elsewhere,

15  **LINDA LIVOLSI, aka Linda G. Findley, aka Linda Grogg, and**

16  **WILLIAM LIVOLSI, JR.,**

17  defendants herein, did devise and intend to devise, and participate in a scheme and artifice

18  to defraud and for obtaining money and property by means of materially false and fraudulent

19  pretenses, representations and promises.

20      12.    On or about December 4, 2007, for the purpose of executing the

21  scheme, the defendants did cause to be transmitted by means of wire communication in

22  interstate commerce writings, signs, signals, and sounds, to wit: a wire transfer of $5,015,000.00

23  from E. B. of Maryland to RGM Enterprises, LLC, in Nevada, Wachovia Bank account

24  xxxxxxxxx3450, all in violation of Title 18, United States Code, Sections 1343 and 2

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**COUNT 3**
False and Fraudulent Tax Returns
(26 U.S.C. § 7206(1))

On or about December 30, 2007, in the District of Nevada and elsewhere,

**LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG,**

defendant herein, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2003, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. The return, which was prepared in the District of Nevada and filed with the Internal Revenue Service was false and fraudulent as to a material matter, in that the return did not accurately report all the income earned by the defendant for calendar year 2003 as the defendant only reported $30,049 in adjusted gross income.  The defendant in 2003, doing business as RGM Enterprises, LLC, then and there well knew that she received approximately $150,000 of additional income from J.M. which she did not report to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7206(1).

**COUNT 4**
False and Fraudulent Tax Returns
(26 U.S.C. § 7206(1))

That on or about December 30, 2007, in the District of Nevada and elsewhere,

**LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG,**

defendant herein, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2004 which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. The return, which was prepared in the District of Nevada and filed with the Internal Revenue Service, was false and fraudulent as to a material matter, in that the return did not accurately report all the income earned by the defendant for calendar year 2004 as the defendant reported zero ($0.00) adjusted gross income.  The defendant in 2004, doing business

5

1    as RGM Enterprises, LLC, then and there well knew that she received approximately $543,950

2    of additional income from J.M. and R.S. which she did not report to the Internal Revenue

3    Service.

4            All in violation of Title 26, United States Code, Section 7206(1).

5                                          **COUNT 5**
                                     False and Fraudulent Tax Returns
6                                        (26 U.S.C. § 7206(1))

7            That on or about December 30, 2007, in the District of Nevada and elsewhere,

8            **LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG,**

9    defendant herein, did willfully make and subscribe a U.S. Individual Income Tax Return, Form

10   1040, for the calendar year 2005 which was verified by a written declaration that it was made

11   under the penalties of perjury and which she did not believe to be true and correct as to every

12   material matter. The return, which was prepared in the District of Nevada and filed with the

13   Internal Revenue Service, was false and fraudulent as to a material matter in that the return did

14   not accurately report all the income earned by the defendant for calendar year 2005 as the

15   defendant reported negative adjusted gross income of $144,720.  The defendant in 2005, doing

16   business as RGM Enterprises, LLC, then and there well knew that she received approximately

17   $100,000 of additional income from J.M. which she did not report to the Internal Revenue

18   Service.

19           All in violation of Title 26, United States Code, Section 7206(1).

20                                         **COUNT 6**
                                     False and Fraudulent Tax Returns
21                                       (26 U.S.C. § 7206(1))

22           On or about December 30, 2007, in the District of Nevada and elsewhere,

23           **LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG,**

24   defendant herein, did willfully make and subscribe a U.S. Individual Income Tax Return, Form

25   1040, for the calendar year 2006, which was verified by a written declaration that it was made

26   under the penalties of perjury and which she did not believe to be true and correct as to every

                                                 6

1    material matter. The return, which was prepared in the District of Nevada and filed with the

2    Internal Revenue Service, was false and fraudulent as to a material matter in that the return did

3    not accurately report all the income earned by the defendant for calendar year 2006 as the

4    defendant reported negative adjusted gross income of $430,740. The defendant in 2006, doing

5    business as RGM Enterprises, LLC, then and there well knew that she received approximately

6    $664,000 of additional income from G.G., R.S. and B.S. which she did not report to the Internal

7    Revenue Service.

8        All in violation of Title 26, United States Code, Section 7206(1).

9                                   **COUNT 7**
                              Failure to File Tax Return
10                                (26 U.S.C. § 7203)

11       During the calendar year 2007,

12       **LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG,**

13   who was a resident of Cleveland, Oklahoma, had and received gross income of at least

14   $2,116,440.  By reason of such gross income, she was required by law, following the close of the

15   calendar year 2007, and on or before October 15, 2008, to make an income tax return to an

16   Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating

17   specifically the items of her gross income and any deductions and credits to which she was

18   entitled. Well knowing and believing all of the foregoing, she did willfully fail, on or about

19   October 15, 2008, in the District of Nevada and elsewhere, to make an income tax return.

20       All in violation of Title 26, United States Code, Section 7203.

21

22

23

24

25

26

7

**COUNT 8**
Failure to File Tax Return
(26 U.S.C. § 7203)

During the calendar year 2008,

**LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG,**

who was a resident of Cleveland, Oklahoma, had and received gross income of at least $519,000. By reason of such gross income, she was required by law, following the close of the calendar year 2008 and on or before April 15, 2009, to make an income tax return to an Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Well knowing and believing all of the foregoing, she did willfully fail, on or about April 15, 2009, in the District of Nevada and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

**FORFEITURE ALLEGATION**
Conspiracy to Commit Wire Fraud and Wire Fraud

1.    The allegations of Counts One and Two of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Codes, Section 2461(c).

2.    Upon a conviction of the felony offenses charged in Counts One and Two of this Indictment,

**LINDA LIVOLSI, aka Linda G. Findley, aka Linda Grogg, and**

**WILLIAM LIVOLSI, JR.,**

defendants herein, shall forfeit to the United States of America, any property which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(8), and Title 18, United States Code, Section 1349, a

8

1  conspiracy to commit such offense, an in personam criminal forfeiture money judgment up

2  to $5,015,000 in United States Currency.

3         3.     If any property being subject to forfeiture pursuant to Title 18, United States

4  Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result

5  of any act or omission of the defendants -

6         a.     cannot be located upon the exercise of due diligence;

7         b.     has been transferred or sold to, or deposited with, a third party;

8         c.     has been placed beyond the jurisdiction of the court;

9         d.     has been substantially diminished in value; or

10         e.     has been commingled with other property that cannot be divide

11              without difficulty;

12  it is the intent of the United States of America, pursuant to Title 21, United States Code,

13  Section 853(p), to seek forfeiture of any properties of the defendant up to $5,015,000 in

14  United States Currency.

15  . . .

16  . . .

17  . . .

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1    All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

2  United States Code, Section 2461(c); Title 18, United States Code, Section 1343, a

3  specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A)

4  and 1961(1)(8); Title 18, United States Code, Section 1349; and Title 21, United States

5  Code, Section 853(p).

6    **DATED:** this __7th__ day of January, 2014.

7    **A TRUE BILL:**

8

9                                         /S/
                              FOREPERSON OF THE GRAND JURY

10

11

12

13  DANIEL G. BOGDEN
    United States Attorney
14

15

16  J. GREGORY DAMM
    Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26