PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. 2:10-cr-578-PMP-GWF |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile<br>☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added<br>☐ Superseding Information  ☐ Charges/Counts Added | USA vs.<br>Defendant: LINDA LIVOLSI<br>Address: aka Linda G. Findley<br>aka Linda Grogg |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA    Las Vegas  Divisional Office | FILED ___ RECEIVED ___<br>ENTERED ___ SERVED ON ___<br>COUNSEL/PARTIES OF RECORD<br>JAN - 7 2014<br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |
| Name and Office of Person Furnishing Information on THIS FORM<br>Ellenrose Jarmolowich<br>☐ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (702) 388-6336 | ☐ Interpreter Required  Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned)  J. Gregg Damm | Birth Date  ☐ Male  ☐ Female  ☐ Alien (if applicable)<br>Social Security Number |
| **PROCEEDING**<br>Name of Complainant Agency, or Person (& Title, if any)<br>Bobby Burkin - FBI  and Charyn Aldred - IRS | **DEFENDANT** |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | Issue: ☐ Warrant  ☑ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>   ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty  ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. | Defense Counsel (if any): _____<br>☐ FPD  ☐ CJA  ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense _____ County | ☐ This report amends AO 257 previously submitted |

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS | | | |
|---|---|---|---|
| Total # of Counts  8 | | | |
| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
| 4 | 18/1349 | Conspiracy to Commit Wire Fraud | 1 |
| 4 | 18/1343 | Wire Fraud | 2 |
| 4 | 26/7206(1) | False and Fraudulent Tax Returns | 3 thru 6 |
| 4 | 26/7203 | Failure to File Tax Returns | 7, 8 |