

___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

          JAN - 7 2014

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE __May 22, 2013__ TERM. __13-02__ | **MINUTES OF COURT**<br><br>DATE: __January 7, 2014 @ 1:03 PM – 1:05 PM__ |

PRESENT:      The Honorable      Cam Ferenbach   , U.S. Magistrate Judge.

DEPUTY CLERK:      Henry Enriquez      REPORTER:   Phyllis Anderson

UNITED STATES ATTORNEY:   Gregory Damm      COURTROOM:   3D

A roll call of the Grand Jury is taken with **23** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| **2:14-CR-003** | **SEALED (1 DEFENDANT)** | **WARRANT** |
| **2:14-CR-004** | **LANALSIKOV LOWE** <br> **(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |
| **2:10-CR-578** <br> **SUPERSEDING** | **LINDA LIVOLSI,** <br> **Aka Linda G. Findley, Linda Gregg, and** <br> **WILLIAM LIVOLSI, JR.,** | **SUMMONS** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:14-CR-004** will be held on **Wednesday, January 15, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C**.

**IT IS ORDERED** that the Arraignment & Plea as to: **2:10-CR-578** will be held on **Thursday, January 16, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.


LANCE S. WILSON, Clerk
United States District Court


/S/ Henry Enriquez

Deputy Clerk