

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE May 22, 2013 TERM. 13-02 | AMENDED MINUTES OF COURT <br><br> DATE: January 7, 2014 @ 1:03 PM – 1:05 PM |
|---|---|

PRESENT:   The Honorable   Cam Ferenbach  , U.S. Magistrate Judge.

DEPUTY CLERK:   Henry Enriquez         REPORTER:   Phyllis Anderson

UNITED STATES ATTORNEY:   Gregory Damm      COURTROOM:   3D

A roll call of the Grand Jury is taken with **23** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| 2:14-CR-003 | **SEALED (1 DEFENDANT)** | **WARRANT** |
|---|---|---|
| 2:14-CR-004 | **LANALSIKOV LOWE** <br> **(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |
| 2:10-CR-578 **SUPERSEDING** | **LINDA LIVOLSI,** <br> Aka Linda G. Findley, Linda Gregg, and <br> **WILLIAM LIVOLSI, JR.,** | **SUMMONS** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:14-CR-004 & 2:10-CR-578 (Defendant William Livolsi Jr)** will be held on **Wednesday, January 15, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS ORDERED** that the Arraignment & Plea as to: **2:10-CR-578 (Defendant Linda Livolsi)** will be held on **Thursday, January 16, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Henry Enriquez

Deputy Clerk