UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>VS.<br><br>LINDA LIVOLSI,<br><br>  Defendant, | 2:10-CR-0578 PMP-GWF<br><br>MINUTES OF THE COURT<br><br>Dated:  March 28, 2014 |

PRESENT:

THE HONORABLE **GEORGE W. FOLEY, U.S. MAGISTRATE JUDGE**

DEPUTY CLERK:   EILEEN WOOD         COURT REPORTER: FTR 10:30-

PRESENT FOR PLAINTIFF:      J. GREGORY DAMM (AUSA)

PRESENT FOR DEFENDANT:    MONIQUE KIRTLEY and NISHA BROOKS-WHITTINGTON (AFPDs)

**EVIDENTIARY HEARING**

   10:30 AM. Court convenes.

   **Jerald Burkin**, called on behalf of the Plaintiffs, is sworn and testifies on direct examination by Mr. Damm, cross examination by Ms. Kirtley and re-direct examination by Mr. Damm . **Plaintiffs' Exhibits 1, 2 and 3 are marked and admitted in evidence.**

   The Court will take this matter under submission and produce a written Order.

   11:28 AM - Court adjourns.

                              **LANCE S. WILSON, CLERK**
                              **UNITED STATES DISTRICT COURT**

                              /s/ Eileen Wood
                              DEPUTY CLERK