C. STANLEY HUNTERTON
Nevada Bar No. 1891
HUNTERTON & ASSOCIATES
627 So. 7th St.
Las Vegas, Nevada 89101
(702-388-0098)
Counsel for Defendant William Livolsi, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:10-CR-578-PMP-GWF |
| ) | |
| LINDA LIVOLSI, aka LINDA G. ) | |
| FINDLEY, aka LINDA GROGG and ) | |
| WILLIAM LIVOLSI, JR., ) | |
| ) | |
| Defendants. ) | |

STIPULATION TO CONTINUE PRETRIAL MOTION DATES
(second request by William Livolsi, Jr.)

IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN, United States Attorney, through GREGORY DAMM, Assistant United States Attorney, C. STANLEY HUNTERTON, counsel for Defendant WILLIAM LIVOLSI, JR., and MONIQUE KIRTLEY, counsel for Defendant LINDA LIVOLSI that the pretrial motion date in this matter presently set for July 11, 2014 be continued to Friday, July 25, 2014.

IT IS FURTHER STIPULATED that counsel for Plaintiff shall have until August 14, 2014 within which to file his opposition to any such motions.

1

IT IS FURTHER STIPULATED that counsel for Defendants shall have until August 20, 2014 within which to file their reply to any such oppositions.

IT IS FURTHER STIPULATED that this stipulation pertains to pretrial motions only and shall not affect the trial date presently set for October 21, 2014 at the hour of 9:00 am.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant William Livolsi will be out of town from June 28, 2014 through July 15, 2014.

2. There are in excess of 12,000 pages of discovery.

3. For all of these reasons, the ends of justice would best be served by a continuance of the Motions dates in this matter.

DATED this 26th day of June, 2014.

| HUNTERTON & ASSOCIATES | DANIEL G. BOGDEN<br>UNITED STATES ATTORNEY |
|---|---|
| /s/<br>C. Stanley Hunterton<br>627 So. 7th St.<br>Las Vegas, Nevada 89101<br>Counsel for Defendant William Livolsi | /s/<br>Gregory Damm<br>333 Las Vegas Blvd. So. #5000<br>Las Vegas, NV 89101<br>Counsel for Plaintiff |

FEDERAL PUBLIC DEFENDER

/s/
Monique Kirtley
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
Counsel for Defendant Linda Livolsi

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA LIVOLSI, aka LINDA G.<br>FINDLEY, aka LINDA GROGG and<br>WILLIAM LIVOLSI, JR.,<br><br>        Defendants. | CASE NO. 2:10-CR-578-PMP-GWF |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

For all of the above reasons, the ends of justice would best be served by a continuance of the Motions date in this matter.

ORDER

IT IS HEREBY ORDERED that Dispositive Motions are due on the 25th day of, July, 2014; Opposition Motions are due on the 14th day of August, 2014, and Replies are due on the 20th day of August, 2014.

DATED this 26th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

3