**United States District Court
District of Nevada**

# NOTICE



## Contact the U.S. Probation Office Today

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You are therefore instructed to contact the United States Probation Office, or report in person within 24 hours to:

**United States Probation Office
Foley Federal Building
300 South Las Vegas Boulevard, Suite 1200
Las Vegas, Nevada 89101-5833
(702) 527-7300**

(Directly across the street from the Lloyd D. George Courthouse & Federal Building)

Once you report to the United States Probation Office, present this form to the receptionist for further instructions. In the event you are unable to contact the United States Probation Office today, you must report the following business day. If you have any questions, consult with your attorney.

_2:10 CR 578 PMP-GWF_
Case Number

_Linda Livolsi_
Defendant

_Monique Kirtley_
Attorney of Record

_10/15/14_
Date of plea/verdict

_2/18/15 at 9:00 AM_
Date and time of Sentencing

Pink to defendant
White to court file
Yellow to U.S. Probation Office

☑ Defendant on bond
☐ Defendant in custody

F:\NOTICE Contact Prob Ofc rev 3-10.wpd