RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for **Linda Livolsi**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA LIVOLSI and<br>WILLIAM LIVOLSI, JR.,<br><br>Defendants. | 2:10-cr-578-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for LINDA LIVOLSI, and C. Stanley Hunterton, counsel for William Livolsi, Jr., that the sentencing hearing currently set for Wednesday, February 18, 2015 at 10:00 am & 10:30 a.m., respectively, be vacated and reset to a date and time convenient to the court, no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  That defendants are not in custody, live out of state and are in agreement with the continuance.

2.  The parties are in the process of gathering additional records and mitigation information essential to the accurate preparation of the pre-sentence investigation report.

1  3.  Counsel for Linda Livolsi is also awaiting additional medical records.

2  4.  The parties agree to the continuance.

3  5.  The additional time requested herein is not sought for purposes of delay, but merely to allow for a resetting to accommodate the necessary preparations for sentencing and disposition.

5  6.  This is the first request to continue the sentencing hearing filed herein.

DATED January 14, 2015

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| By: /s/ Monique Kirtley<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender<br>Counsel for Linda Livolsi | By: /s/ Gregory Damm<br>J. GREGORY DAMM<br>Assistant United States Attorney<br>Counsel for Plaintiff |

By: _____
C. STANLEY JUNTERTON
Counsel for William Livolsi, Jr.

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA LIVOLSI,<br><br>    Defendant. | 2:10-cr-578-APG-GWF<br><br>**ORDER** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FINDINGS OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently set for Wednesday, February 18, 2015 at 10:00 am & 10:30 a.m., respectively, be vacated and continued to _____, at the hours of _____ for defendant Linda Livolsi and _____ for defendant William Livolsi Jr.

DATED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE