**U.S. v. Linda Livolsi**
**2:10-CR-00578-APG-GWF**
**<u>Restitution List</u>**

| | |
|---|---|
| Ellwood Bartlett | $ 5,015,000.00 |
| Internal Revenue Service<br>Attn: RACS/Misc. Stop 6261 (Restitution)<br>333 West Pershing Avenue<br>Kansas City, MO 64108 | $ 1,109,436.00 |
| **Total Restitution** | **$ 6,124,436.00** |