DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
*Daniel.Hollingsworth@usdoj.gov*
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:10-CR-578-APG-(GWF) |
| v. | ) |
| LINDA LIVOLSI, aka | ) |
| LINDA G. FINDLEY, aka | ) |
| LINDA GROGG, and | ) |
| WILLIAM LIVOLSI, JR., | ) |
| Defendants. | ) |

**NOTICE OF FILING PROOF OF PUBLICATION**

Attached hereto is the proof of publication evidencing publication of the Notice on www.forfeiture.gov for the required period of time.

DATED: October 28, 2015.

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              /s/  Daniel D. Hollingsworth
                                              DANIEL D. HOLLINGSWORTH
                                              Assistant United States Attorney

# AFFIDAVIT

STATE OF NEVADA       )
                      ) ss
COUNTY OF CLARK       )

I, Priscila Matera Whalen, being duly sworn, depose and say the following:

I am an FSA paralegal assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. Linda Livolsi, aka Linda G. Findley, aka Linda Grogg, and William Livolsi, Jr.,* 2:10-CR-578-APG-(GWF).

Notice of Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 26, 2015, through October 25, 2015, evidenced by the attached verified Advertisement Certification Report and the attached Notice. The publication of this Notice was reasonably calculated to notify all potential claimants.

Priscila Matera Whalen
FSA Paralegal

STATE OF NEVADA       )
                      ) ss
COUNTY OF CLARK       )

Subscribed and sworn to (or affirmed) before me on October 28 2015, by Priscila Matera Whalen.

NOTARY PUBLIC

KIM BUSH
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 8-6-2016
Certificate No: 12-8463-1



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 26, 2015 and October 25, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Linda Livolsi and William Livolsi, Jr.

**Court Case No:** 2:10-CR-578-APG-(GWF)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/26/2015 | 24.0 | Verified |
| 2 | 09/27/2015 | 24.0 | Verified |
| 3 | 09/28/2015 | 24.0 | Verified |
| 4 | 09/29/2015 | 24.0 | Verified |
| 5 | 09/30/2015 | 24.0 | Verified |
| 6 | 10/01/2015 | 24.0 | Verified |
| 7 | 10/02/2015 | 24.0 | Verified |
| 8 | 10/03/2015 | 24.0 | Verified |
| 9 | 10/04/2015 | 24.0 | Verified |
| 10 | 10/05/2015 | 24.0 | Verified |
| 11 | 10/06/2015 | 24.0 | Verified |
| 12 | 10/07/2015 | 24.0 | Verified |
| 13 | 10/08/2015 | 24.0 | Verified |
| 14 | 10/09/2015 | 24.0 | Verified |
| 15 | 10/10/2015 | 24.0 | Verified |
| 16 | 10/11/2015 | 24.0 | Verified |
| 17 | 10/12/2015 | 23.9 | Verified |
| 18 | 10/13/2015 | 24.0 | Verified |
| 19 | 10/14/2015 | 24.0 | Verified |
| 20 | 10/15/2015 | 24.0 | Verified |
| 21 | 10/16/2015 | 24.0 | Verified |
| 22 | 10/17/2015 | 24.0 | Verified |
| 23 | 10/18/2015 | 24.0 | Verified |
| 24 | 10/19/2015 | 24.0 | Verified |
| 25 | 10/20/2015 | 24.0 | Verified |
| 26 | 10/21/2015 | 24.0 | Verified |
| 27 | 10/22/2015 | 24.0 | Verified |
| 28 | 10/23/2015 | 24.0 | Verified |
| 29 | 10/24/2015 | 24.0 | Verified |
| 30 | 10/25/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## COURT CASE NUMBER: 2:10-CR-578-APG-(GWF); NOTICE OF FORFEITURE

Notice is hereby given that on June 19, 2015, in the case of <u>U.S. v. Linda Livolsi and William Livolsi, Jr.</u>, Court Case Number 2:10-CR-578-APG-(GWF), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

real property located at 804 North Broadway, Cleveland, Oklahoma, 74020, APN/Parcel # 2020-00-005-013-0-001-00, consisting of six lots, a restaurant known as The Broadway Grill, held in the name of William J. Livolsi, Jr., as Trustee of the William J. Livolsi, Jr. Living Trust Dated December 23, 2002, and any appurtenances or improvements thereon, legally described as follows:

Lands and property, together with all improvements located thereon, lying in the County of Pawnee, State of Oklahoma, to-wit: Lots Thirteen (13), Fourteen (14), Fifteen (15), Sixteen (16), Seventeen (17), and Eighteen (18) of Block Five (5) in Broadway Addition to the City of Cleveland, Pawnee County, State of Oklahoma according to the recorded plat thereof.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 26, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV  89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, NV  89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on October 28, 2015.

                                    */s/ Priscila Matera Whalen*
                                    Priscila Matera Whalen
                                    FSA Paralegal