RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for
Linda Livolsi

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00578-APG-GWF |
| Plaintiff, | **EMERGENCY MOTION TO EXTEND SELF SURRENDER DATE** |
| v. | (Expedited Treatment Requested) |
| LINDA LIVOLSI, | |
| Defendant. | |

COMES NOW Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for LINDA LIVOLSI, files this Motion to Extend Ms. Livolsi's self-surrender date for the following reasons:

1.      In granting Ms. Livolsi's third request for an extension to her self-surrender date, this Court ordered the government to file a brief explaining whether the Bureau of Prisons has sufficient medical staff and facilities to quickly assess and address Ms. Livolsi's health conditions when she self-surrenders. The government was ordered to file their brief by noon on Monday, November 9, 2015. *See* CR #232. As of today's date, November 10, 2015, the

1   government has failed to file their brief.  Ms. Livolsi is scheduled to self-surrender by noon on

2   November 13, 2015.

3        2.      Ms. Livolsi now requests another extension of her self-surrender date until the

4   government has filed their brief which this Court ordered on October 29, 2015.

5        3.      This is the fourth request to extend the self-surrender date.

6        Respectfully submitted, this 10th day of November, 2015

7

8                                RENE L. VALLADARES
                                 Federal Public Defender
9

10

11                       By:  /s/Monique Kirtley

12                            MONIQUE KIRTLEY
                              Assistant Federal Public Defender
13                            Attorney for LINDA LIVOLSI

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender

for the District of Nevada and is a person of such age and discretion as to be competent to serve

papers.

That on November 10, 2015, she served an electronic copy of the above and foregoing

**EMERGENCY MOTION TO EXTEND SELF SURRENDER DATE** (Expedited

Treatment Requested) by electronic service (ECF) to the person named below:

4

5

6

7

8

9

10

DANIEL G. BOGDEN
United States Attorney
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

11

12

13

14

*/s/Nancy Vasquez, Legal Assistant*
Employee of the Federal Public Defender

15

16

17

18

19

20

21

22

23

24

25

26