**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Linda Livolsi

Case No.: 2:10CR00578

**TRANSFER OF JURISDICTION (OUT)**

July 24, 2019

TO:   The Honorable Andrew P. Gordon
      United States District Judge

On April 21, 2015, Linda Livolsi was sentenced in the District of Nevada before Your Honor to 45 months imprisonment followed by a (3) three year term of supervised release for committing the offenses of Wire Fraud and Aiding and Abetting and False and Fraudulent Tax Returns. Prior to the start of supervision, Livolsi submitted a relocation request to reside in the Northern District of Oklahoma, to live with her husband; this request was approved. Livolsi commenced her term of supervised release in the Northern District of Oklahoma on February 26, 2019.

Since the commencement of supervision, Livolsi has been under courtesy supervision in the Northern District of Oklahoma. At this time, the Northern District of Oklahoma has requested jurisdiction of this case be transferred to their district so that they may better handle any future matter that may require the Court's attention. Attached is the Probation Form 22 for Your Honor's signature, if approved.

Should the Court have any questions or concerns, please contact me at (702) 527-7260.

Respectfully submitted,

Donnette L. Johnson
2019.08.09 12:11:52
-07'00'

Donnette Johnson
United States Probation Officer

Approved:

Brian Blevins
2019.07.28
20:00:00 -07'00'

Brian Blevins
Supervisory United States Probation Office

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:10CR00578 |
| DOCKET NUMBER *(Rec. Court)* | |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Linda Livolsi
8909 N. 135th E. Avenue
Owasso, OK 74055

**DISTRICT:** Nevada
**DIVISION:** U.S. Probation Office

**NAME OF SENTENCING JUDGE:** Andrew P. Gordon

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 2/26/2019 TO 2/26/2022

**OFFENSE**
Wire Fraud and Aiding and Abetting & False Fraudulent Tax Returns

*[Stamp: AUG 12 2019]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____   _____
Date                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
*Effective Date*          United States District Judge